IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HERMAN LEE HILL,** | CIV S-06-0262 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **JEANNE WOODFORD, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a thirty (30) day extension of time to and including April 28, 2006, to file Respondent's answer to petition for writ of habeas corpus, is hereby GRANTED.

Dated: 3/28/06

/s/ Gregory G. Hollows

_____
The Honorable Gregory G. Hollows
United States Magistrate Judge

hill0262.po

[Proposed] Order