IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN LEE HILL,

Petitioner, No. CIV S-06-0262 FCD GGH P

vs.

JEANNE WOODFORD, et al.,

Respondent. ORDER

____________________________________/

Petitioner has requested an extension of time to file his response to the December 16, 2008, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's January 6, 2009, request for an extension of time is granted (Docket No. 12); and

2. Petitioner is granted thirty days from the date of this order in which to file his objections to the December 16, 2008, findings and recommendations (Docket No.11).

DATED: January 13, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/kly
hill0262.111