IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN LEE HILL,

      Petitioner,                    No. CIV S-06-0262 FCD GGH P

      vs.

JEANNE WOODFORD, et al.,

      Respondent.                  <u>ORDER</u>

                          /

         Petitioner has filed his second request for an extension of time to file objections to the December 16, 2008, findings and recommendations. The request is a fill in the blank boilerplate request. Although the court does not find good cause for another thirty day extension, the request will be granted in part. No further extensions of time will be granted.

/////
/////
/////
/////
/////
/////
/////

1

IT IS HEREBY ORDERED that:

1. Petitioner's February 20, 2009, request for an extension of time (Docket No. 14) is granted; and

2. Petitioner is granted fifteen (15) days from the date of this order in which to file objections to the December 16, 2008, findings and recommendations (Docket No. 11). No further extensions of time will be granted.

DATED: February 26, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
hill0262.111sec