IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN LEE HILL,

    Petitioner,                      No. CIV S-06-0262 FCD GGH P

    vs.

JEANNE WOODFORD, et al.,

    Respondents.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 16, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner was granted two extensions of time[1] to file objections to the findings and recommendations and has done so.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

---

[1] See Orders, filed on 1/13/09, and on 2/26/09.

1

304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 16, 2008, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is denied.

DATED: March 30, 2009.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE