IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN LEE HILL,

    Petitioner,               No. CIV S-06-0262 FCD GGH P

   vs.                              CA # 09-15737

JEANNE WOODFORD, et al.,

    Respondents.          ORDER

_____/

        By Order, filed in this court on June 16, 2009 (docket # 23), the Ninth Circuit granted petitioner's (now appellant's) motion for appointment of counsel for petitioner/appellant's appeal of the denial of his § 2254 petition. Therein, the Ninth Circuit clerk was directed to serve the order upon the appointing authority for the Eastern District of California so that appointed counsel could be located; however, it is not clear whether this order has been served upon the Federal Defender. Although the court formally appoints counsel, it is the Office of the Federal Defender that locates and assigns specific counsel in a case such as this in this district.

        Accordingly, IT IS ORDERED that the clerk of this district court serve a copy of the Ninth Circuit Order, located at docket # 23, as well as a copy of this order upon, Carolyn M.

\\\\\

1

1  Wiggin, Assistant Federal Defender; the Ninth Circuit is to be separately served with a copy of
2  this order at counselappointments@ca9.uscourts.gov.
3  DATED: June 22, 2009

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:009
hill0262.app.