# OFFICE OF THE FEDERAL DEFENDER
## EASTERN DISTRICT OF CALIFORNIA
### 801 I STREET, 3rd FLOOR
### SACRAMENTO, CALIFORNIA  95814
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda Harter*
*Chief Assistant Defender*

August 5, 2009

W. Gordon Kaupp
Attorney at Law
115 ½ Bartlett St.
San Francisco, CA  94110

**FILED**

AUG − 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Re:  **Herman Hill v. Woodford**
     **CIV.S-06-0262 FCD GGH**

Dear Mr. Kaupp:

   This will confirm your appointment as counsel by the Honorable Frank C. Damrell, U.S. District Judge, to represent the above-named petitioner.  You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

   Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered.  Also enclosed is an instruction sheet discussing the use of the forms.

   If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

                    Sincerely,

                    *[signature]*

                    Becky Darwazeh
                    CJA - Legal Secretary

:bd
Enclosures

cc:  Clerk's Office

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 12/03)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED <br> Herman Hill | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER <br> CIV-06-0262 FCD GGH | 5. APPEALS DKT./DEF. NUMBER <br> 09-15737 | 6. OTHER DKT. NUMBER |

| 7. IN CASE/MATTER OF (Case Name) <br> Hill v. Woodford et al | 8. PAYMENT CATEGORY <br> ☐ Felony ☐ Petty Offense <br> ☐ Misdemeanor ☐ Other <br> ☑ Appeal | 9. TYPE PERSON REPRESENTED <br> ☐ Adult Defendant ☑ Appellant <br> ☐ Juvenile Defendant ☐ Appellee <br> ☐ Other ____ | 10. REPRESENTATION TYPE <br> (See Instructions) <br> Appeal |
|---|---|---|---|

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS <br><br> W. Gordon Kaupp <br> 115 1/2 Bartlett Street <br> San Francisco, CA 94110 <br><br> Telephone Number : (415) 285-8091 | 13. COURT ORDER <br> ☑ O Appointing Counsel ☐ C Co-Counsel <br> ☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney <br> ☐ P Subs For Panel Attorney ☐ Y Standby Counsel <br><br> Prior Attorney's Name: ____ <br> Appointment Dates: ____ <br> ☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR <br> ☐ Other (See Instructions) |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions) | _Signature of Presiding Judge or By Order of the Court_ <br> 8/4/09      7/7/2009 <br> Date of Order     Nunc Pro Tunc Date <br> Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO |

| CLAIM FOR SERVICES AND EXPENSES | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|
| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. a. Arraignment and/or Plea | | 0.00 | | | |
| b. Bail and Detention Hearings | | 0.00 | | | |
| c. Motion Hearings | | 0.00 | | | |
| d. Trial | | 0.00 | | | |
| e. Sentencing Hearings | | 0.00 | | | |
| f. Revocation Hearings | | 0.00 | | | |
| g. Appeals Court | | 0.00 | | | |
| h. Other (Specify on additional sheets) | | 0.00 | | | |
| (RATE PER HOUR = $ 110.00 ) TOTALS: | 0.00 | 0.00 | | | |
| 16. a. Interviews and Conferences | | 0.00 | | | |
| b. Obtaining and reviewing records | | 0.00 | | | |
| c. Legal research and brief writing | | 0.00 | | | |
| d. Travel time | | 0.00 | | | |
| e. Investigative and other work (Specify on additional sheets) | | 0.00 | | | |
| (RATE PER HOUR = $ 110.00 ) TOTALS: | 0.00 | 0.00 | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | 0.00 | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE <br> FROM: ____ TO: ____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number ____ ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney ____ Date ____

| APPROVED FOR PAYMENT — COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

**FILED**

## UNITED STATES COURT OF APPEALS

JUN 15 2009

### FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HERMAN LEE HILL, | No. 09-15737 |
| Petitioner - Appellant, | D.C. No. 2:06-cv-00262-FCD |
| v. | Eastern District of California, Sacramento |
| JEANNE WOODFORD; et al., | |
| Respondents - Appellees. | ORDER |

Before:  Peter L. Shaw, Appellate Commissioner.

Appellant's motion for appointment of counsel in this appeal from the denial

of a 28 U.S.C. § 2254 petition for writ of habeas corpus is granted.  *See* 18 U.S.C.

§ 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per

curiam).  Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for

the Eastern District of California, who will locate appointed counsel.  The district

court shall send notification of the name, address, and telephone number of

appointed counsel to the Clerk of this court at

counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

lc/MOATT

If new counsel identifies uncertified issues that should be raised on appeal,

counsel shall include them in the opening brief as permitted by Ninth Circuit Rule

22-1(e).

The opening brief and excerpts of record are due August 17, 2009; the

answering brief is due September 16, 2009; and the optional reply brief is due

within 14 days after service of the answering brief.